72 A.3d 245

IN THE MATTER OF TONYA BUTLER, AN ATTORNEY AT LAW (ATTORNEY NO. 031372001).

September 6, 2013.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 12–430, concluding that as a matter of reciprocal discipline pursuant to *Rule* 1:20–14(a)(4)(E), **TONYA BUTLER** of **SAN DIEGO, CALIFORNIA,** who was admitted to the bar of this State in 2002, should be censured based on discipline imposed in the State of Tennessee that in New Jersey constitutes violations of *RPC* 5.5(a) (practicing law while ineligible to do so) and *RPC* 8.4(a) (violating or attempting to violate the *Rules of Professional Conduct* ), and good cause appearing;

It is ORDERED that **TONYA BUTLER** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.